MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. FAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-02051 MCE CKD<br><br>**STIPULATION AND ORDER TO DEEM THE COMMISSIONER'S OBJECTION TO THE FINDING AND RECOMMENDATION AS TIMELY** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall be granted a first extension of time of three days from January 16, 2018 to January 19, 2018 to file her Objections to the Magistrate Judge's Findings and Recommendation (Objection), and the Objection shall be deemed timely (ECF No. 30). With this extension:

- Plaintiff may serve and file a reply within 17 days of service of defendant's objection (on or before February 5, 2018).

Good cause exists to grant the stipulation. Defendant's counsel is solely responsible for managing his calendar and filing all pleadings. Defendant's counsel miscalendered the due date

of the Objection. Counsel normally maintains two separate ways to track his calendar as a matter of redundancy, but inadvertently failed to correctly calendar this matter in both systems. Defendant's counsel filed the Objection as soon as he recognized this error and contacted opposing counsel. Defendant's counsel believes that the extension would not unduly delay the proceedings or prejudice Plaintiff. Defendant's counsel apologizes to the Court for any delay caused by his mistake.

Respectfully submitted,

Dated: January 19, 2018

*/s/ Harvey Sackett\**
(*as authorized via e-mail on 1/19/18)
HARVEY SACKETT
Attorney for Plaintiff

Dated: January 19, 2018

MCGREGROR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: January 24, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE